# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

Timothy Wilder

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23-cr-134

| PRESIDING JUDGE<br>CYNTHIA RICHARSON WYRICK | | | PLAINTIFF'S ATTORNEY<br>Andrew Parker | | DEFENDANT'S ATTORNEY<br>Russ Pryor |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>06/18/2024 | | | COURT REPORTER<br>DCR | | COURTROOM DEPUTY<br>AMANDA GUNTER |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 1 | 6/18/2024 |  | X | Witness: Marbeth Wilder |
|  | 2 | 6/18/2024 | x | x | Exhibit 1: Letter of Acceptance from Magnolia Ridge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages